UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

RICARDO MARINI,                                                    22 Civ. 442 (PKC)
                              Plaintiff,

              -against-                                            ORDER

NOBLE CORPORATION, et al.,

                              Defendants.
----------------------------------------------------------x
----------------------------------------------------------x

PHUONG LE,                                                        22 Civ. 351 (PKC)
                              Plaintiff,

              -against-

NOBLE CORPORATION, et al.,

                              Defendants.
----------------------------------------------------------x

P. KEVIN CASTEL, U.S. District Judge:

        The initial pretrial conference originally scheduled for April 25, 2022 is

adjourned to May 25, 2022 at 11:30 a.m.  The conference will proceed telephonically.

Dial-In No.:  1-888-363-4749, Access Code:  3667981.

        SO ORDERED.

                                                    _____
                                                              P. Kevin Castel
                                                       United States District Judge

Dated:  New York, New York
        April 18, 2022