# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHOUNG LE, <br><br> Plaintiff, <br><br> vs. <br><br> NOBLE CORPORATION, ROBERT W. EIFLER, PATRICK J. BARTELS, JR., ALAN J. HIRSHBERG, ANN PICKARD, CHARLES SLEDGE, MELANIE M. TRENT, PAUL ARONZON, NOBLE FINCO LIMITED, NOBLE NEWCO SUB LIMITED, and THE DRILLING COMPANY OF 1972 A/S, <br><br> Defendants. | Case No.: 1:22-cv-00351-PKC <br><br><br> NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Phoung Le ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: May 19, 2022          **BRODSKY & SMITH**

                    By: */s/ Evan J. Smith*
                        Evan J. Smith
                        240 Mineola Boulevard
                        Mineola, NY  11501
                        Phone:  (516) 741-4977
                        Facsimile (561) 741-0626

                        *Attorneys for Plaintiff*